IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ALEXANDER W. NDAULA, | ) |
| Petitioner, | ) |
| | ) |
| v. | ) NO. CV 04-C-0961-M |
| | ) |
| TOM RIDGE, Secretary for the Department | ) |
| of Homeland Security, et al., | ) |
| | ) |
| Respondents. | ) |

**MEMORANDUM OPINION**

The petitioner, Alexander W. Ndaula, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He alleges that he is being illegally detained by the respondents. Respondent Craig Robinson has filed a motion to dismiss this action because the petitioner has been released on supervised release as requested until his repatriation to Uganda.[1]

The petitioner has not responded to the respondent's motion to dismiss and correspondence sent to the petitioner by the court has been returned as "Attempted - Not Known."

Premised on the foregoing, Ndaula's petition for a writ of habeas corpus is due to be dismissed as being moot. An appropriate order will be entered.

DONE, this 26th day of July, 2004.

U.W. CLEMON
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] On July 6, 2004, the court entered an order for the respondents to show cause why the petitioner's application for writ of habeas corpus should not be granted because the court had reason to believe that the petitioner was no longer in custody. (Doc. 3). Thereafter, on July 12, 2004, the respondent filed its motion to dismiss. (Doc. 4).